504    APPELLATE COURTS OF ILLINOIS.

John Sexton & Co. v. English Canning & Mfg. Co., 211 Ill. App. 504.

## John Sexton & Company, Appellant, v. English Canning & Manufacturing Company, Appellee.

### Gen. No. 24,171.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN RICHARDSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action by John Sexton & Company, a corporation, plaintiff, against English Canning & Manufacturing Company, a corporation, defendant, to recover for breach of contract to sell certain merchandise to plaintiff. From a judgment in favor of defendant, plaintiff appeals.

BLUM, WOLFSOHN & BLUM, for appellant.

CULVER, ANDREWS, KING & STITT, for appellee; JOHN W. BURDETTE, of counsel.

MR. PRESIDING JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*pleadings in action of fourth class.* In an action of the fourth class in the Municipal Court of Chicago no written pleadings are required and the case is whatever the evidence introduced makes it.

2. MUNICIPAL COURT OF CHICAGO—*when error in taking acknowledgment to affidavit of merits is waived.* Any error because an affidavit of merits is sworn to in the State before a notary public of another State, who had no legal authority to administer oaths in the State, is waived when plaintiff goes to trial upon the issues presented by its statement of claim and the affidavit of merits.

3. MUNICIPAL COURT OF CHICAGO, § 28*—*when question as to*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*pleading may not be raised.* The question whether an affidavit of merits in a case in the Municipal Court of Chicago was sworn to in the State before a notary public of a foreign State, having no legal authority to administer oaths in this State, cannot be raised for the first time on appeal.

4. MUNICIPAL COURT OF CHICAGO, § 5*—*what not judicially noticed.* The Appellate Court will not take judicial notice of the rules of the Municipal Court of Chicago.

5. MUNICIPAL COURT OF CHICAGO, § 5*—*necessity of preserving rules in record.* An objection to an affidavit of merits on the ground that it does not comply with the rules of the Municipal Court of Chicago cannot be urged on review where the rules are not preserved in the record.